## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the Matter of** <br><br> **CERTAIN INFOTAINMENT SYSTEMS, COMPONENTS THEREOF, AND AUTOMOBILES CONTAINING THE SAME** <br><br> **COMPLAINANT** <br> **Broadcom Corporation** | Misc. Action No. _____ <br> Hon. _____ <br><br> Commission for Depositions to be Taken in Japan <br><br> DEPONENT: Individual representatives/employees of Japan Radio Co., Ltd. |

## UNOPPOSED MOTION OF BROADCOM CORPORATION
## TO ISSUE A COMMISSION FOR THE TAKING OF DEPOSITIONS AT
## THE UNITED STATES CONSULATE IN TOKYO, JAPAN

Pursuant to Rules 7(b) and 28(b)(1)(D) of the Federal Rules of Civil Procedure, Complainant Broadcom Corporation ("Broadcom"), in the Matter of *Certain Infotainment Systems, Components Thereof, and Automobiles Containing the Same*, Investigation No. 337-TA-1119, before the United States International Trade Commission, respectfully requests this Court issue a certified Commission that appoints and authorizes any consulate officer at the United States Consulate in Tokyo, Japan, to take depositions to occur on or about October 15, 2018 through on or about October 26, 2018.

Attached to this Motion is a proposed Order/Commission of the Court. Also attached as Exhibit 1 to this Motion is the Recommendation from the presiding ITC Administrative Law Judge, Dee Lord, requesting that the Court issue the Commission to obtain the above-mentioned depositions in connection with discovery for this Investigation.

Respondents Japan Radio Co., Ltd., Renesas Electronics Corporation, and Renesas Electronics America Inc. do not oppose the filing of this Motion by Complainant. The other Respondents in the ITC Investigation No. 337-TA-1119 have taken no position on the

application.

Dated: August 30, 2017                     Respectfully submitted,


                                          /s/ Matthew N. Bathon
                                          Matthew N. Bathon (DC Bar 480538)
                                          **STEPTOE & JOHNSON LLP**
                                          1330 Connecticut Avenue NW
                                          Washington, DC  20036
                                          Telephone:  (202) 429-3000

                                          *Counsel for Complainant*
                                          *Broadcom Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing document,

UNOPPOSED MOTION OF BROADCOM CORPORATION TO ISSUE A
COMMISSION FOR THE TAKING OF DEPOSITIONS AT THE UNITED STATES
CONSULATE IN TOKYO, JAPAN

have been filed and served on this 30th day of August, 2018, on the following parties in the
manner indicated:

Lisa R. Barton *Via Federal Express Delivery (2 copies)*
Secretary
**U.S. International Trade Commission**
500 E Street, S.W.,
Washington, D.C. 20436

The Honorable Dee Lord *Via Federal Express Delivery (2 copies)*
Administrative Law Judge
**U.S. International Trade Commission**
500 E Street, S.W., Room 317
Washington, D.C. 20436

Edward Jou *Via E-mail (pdf file)*
Attorney Advisor
**U.S. International Trade Commission**
500 E Street, S.W., Room 317
Washington, D.C. 20436
Johnjames.thuermer@usitc.gov

Paul Steadman *Via E-mail (pdf file)*
**DLA PIPER LLP**
44 West Lake Street, Suite 900
Chicago, IL 60606
Telephone: (312) 368-2135
Facsimile: (312) 251-2850
DLA-BroadcomITC@dlapiper.com
*Counsel for Respondents Toyota Motor Corporation, Toyota Motor North America, Inc.,
Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North
America, Inc., Toyota Motor Manufacturing, Indiana, Inc., Toyota Motor Manufacturing,
Kentucky, Inc., Toyota Motor Manufacturing, Mississippi, Inc., Toyota Motor
Manufacturing, Texas, Inc., Panasonic Corporation, Panasonic Corporation of North
America, Denso Ten Limited, Denso Ten America Limited, and Japan Radio Co., Ltd.*

Daniel P. Muino, Esq.
**MORRISON & FOERSTER LLP**
2000 Pennsylvania Ave., NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DMuino@mofo.com
RenesasITC1119@mofo.com
*Counsel for Respondents Renesas Electronics Corporation and Renesas Electronics*
*America, Inc.*

# EXHIBIT 1

UNITED STATES INTERNATIONAL TRADE COMMISSION

Washington, D.C.

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN INFOTAINMENT SYSTEMS,<br>COMPONENTS THEREOF, AND<br>AUTOMOBILES CONTAINING THE SAME** | Inv. No.  337-TA-1119 |

ORDER NO. 8:     GRANTING COMPLAINANT'S UNOPPOSED APPLICATION
FOR A RECOMMENDATION TO THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA TO ISSUE AN
ORDER/COMMISSION TO TAKE A DEPOSITION AT THE U.S.
EMBASSY IN TOKYO, JAPAN

(August 29, 2018)

On August 27, 2018, Complainant Broadcom Corporation filed a motion seeking a

recommendation to the United States District Court for the District of Columbia to issue an

order/commission for the taking of depositions in Japan (Motion Docket No. 1119-003).  There

is no opposition to the motion from any of the Respondents in this investigation.

Complainant seeks to obtain deposition testimony from certain employees of Respondent

Japan Radio Co., Ltd., including Koichi Washizu, Katsuo Yui, Kazutada Sorita, and Yoshiharu

Ogasa, who are located in Japan.  Japan is not a party to the Hague Convention on the Taking of

Evidence Abroad in Civil and Criminal Matters, 23 U.S.T. 2555 (*opened for signature* Mar. 18,

1970), but parties in U.S. litigation can take deposition testimony from a willing witness in Japan

under a bilateral treaty between the United States and Japan.  *Consular Convention and Protocol*,

U.S.-Japan, 15 U.S.T. 768 (Mar. 22, 1963).  These depositions must take place on U.S. consular

premises, and the U.S. State Department requires an order from a U.S. District Court to host such

depositions.  *See* Depositions in Japan, U.S. Embassy & Consulates in Japan,

https://jp.usembassy.gov/u-s-citizen-services/attorneys/depositions-in-japan/ (retrieved August 28, 2018).

Complainant has reserved space at the U.S. Embassy in Tokyo for the period of October 15, 2018 to October 26, 2018, and requires a court order no later than six weeks before the beginning of the depositions. In section 337 proceedings, Administrative Law Judges routinely issue recommendations for such court orders for the taking of depositions in Japan. *See, e.g., Certain Non-Volatile Memory Devices and Products Containing Same*, Inv. No. 337-TA-1046, Order No. 12 (June 13, 2017), Order No. 14 (July 13, 2017), Order No. 17 (Aug. 2, 2017).

There being no opposition and for good cause shown, Motion Docket No. 1119-003 is hereby GRANTED. The recommendation to the U.S. District Court for the District of Columbia is attached hereto as Attachment A, and the proposed Order/Commission is attached hereto as Attachment B.

**SO ORDERED.**

Dee Lord
Administrative Law Judge

Attachment A

UNITED STATES INTERNATIONAL TRADE COMMISSION

Washington, D.C.

| | |
|---|---|
| In the Matter of<br><br>**CERTAIN INFOTAINMENT SYSTEMS,<br>COMPONENTS THEREOF, AND<br>AUTOMOBILES CONTAINING THE<br>SAME** | Inv. No. 337-TA-1119 |

RECOMMENDATION THAT
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
ISSUE AN ORDER/COMMISSION TO TAKE DEPOSITIONS AT THE UNITED
STATES EMBASSY IN TOKYO, JAPAN

(August 29, 2018)

The undersigned Administrative Law Judge has granted a motion by Complainant

Broadcom Corporation in the above-captioned United States International Trade Commission

investigation for issuance of a Recommendation that the United States District Court for the

District of Columbia issue an Order/Commission appointing and authorizing any Consul or Vice-

Consul of the United States of America at the United States Embassy in Tokyo, Japan, to

administer any necessary oaths and to take the deposition testimony of volunteering witnesses

employed by Japan Radio Co., Ltd. beginning on or about October 15, 2018 through on or about

October 26, 2018.

The attached Order/Commission solicits deposition testimony from at least the following

employees of Japan Radio Co., Ltd.: Koichi Washizu, Katsuo Yui, Kazutada Sorita, and

Yoshiharu Ogasa.

The recommended Order/Commission is necessary, because the Government of Japan

has very strictly interpreted Article 17 of the United States-Japan Consular Convention, which

provides that consular officers may: "take depositions on behalf of the courts or other judicial

tribunals or authorities of the sending state, voluntarily given;" and "administer oaths to any

person in the receiving state in accordance with the laws of the sending state and in a manner not

inconsistent with the laws of the receiving state." *Consular Convention and Protocol*, U.S.-

Japan, 15 U.S.T. 768, Article 17(1)(e) (Mar. 22, 1963). Specifically, Japanese law and practice,

and the mutually-agreed upon interpretation of the United States-Japan Consular Convention

concerning obtaining evidence in Japan, permits the taking of a deposition on U.S. consular

premises of a willing witness for use in a court in the United States only (1) pursuant to a

commission to take a deposition issued by a court to any Consul or Vice Consul of the United

States or (2) on notice, provided that an order issued by a court in the United States specifically

authorizes an American consular officer to take the deposition on notice. *See* Depositions in

Japan, U.S. Embassy & Consulates in Japan, https://jp.usembassy.gov/u-s-citizen-

services/attorneys/depositions-in-japan/ (retrieved August 28, 2018). Further, attorneys and staff

participating in these depositions must secure a special deposition visa, and the Japanese

government requires a court order before issuing such visas.

 The District Court for the District of Columbia has authority to issue a court order and the

requested commission pursuant to the All Writs Act, 28 U.S.C. § 1651. There is precedent in

this regard. *See, e.g., In re Certain Computers*, No. 1:12-mc-475 (D.D.C. Sept. 14, 2012), D.I. 2.

 In order for the parties to obtain the necessary deposition visas and preserve the

deposition room reservation at the U.S. Embassy in Tokyo, it is requested that the United States

District Court for the District of Columbia assign a judge and, if needed, schedule a hearing to

expedite the filing of this Order/Commission. It is further requested that the Court issue the

attached Order/Commission permitting a consul of the United States to allow for the taking and transcribing of a deposition at the Embassy in Tokyo, Japan.

It is therefore recommended to the United States District Court for the District of Columbia that the attached Order/Commission be granted.

**SO ORDERED.**

Dee Lord
Administrative Law Judge

Attachment B

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN INFOTAINMENT SYSTEMS,**<br>**COMPONENTS THEREOF, AND**<br>**AUTOMOBILES CONTAINING THE SAME**<br><br>**COMPLAINANT**<br>**Broadcom Corporation** | Misc. Action No._____<br><br>**DEPONENT: Individual**<br>**representative/employee of Japan**<br>**Radio Co., Ltd.** |

**ORDER AND COMMISSION**
**FOR DEPOSITION TO BE TAKEN IN JAPAN**

**TO:   Any Consul or Vice Consul of The United States,**
   U.S. Embassy Tokyo
   1-10-5 Akasaka, 1-chome, Minato-ku
   Tokyo 107-8420 Japan

   Upon the application of Complainant Broadcom in United States International Trade

Commission Investigation No. 337-TA-1119, *Certain Infotainment Systems, Components*

*Thereof, and Automobiles Containing the Same Containing Same*, and pursuant to Article 17 of

the United States-Japan Consular Convention,

   IT IS ORDERED that the depositions on notice of the following witnesses of Respondent

Japan Radio Co. Ltd., as well as other corporate representatives that may be identified, all of

whom will appear voluntarily, be taken at the United States Embassy in Tokyo, Japan:

   o   Koichi Washizu

   o   Katsuo Yui

- Kazutada Sorita

- Yoshiharu Ogasa

commencing on or about October 15, 2018 at 9:00 AM and terminating on or about October 26, 2018 at 5:00 PM, and to mark any documentary exhibits in connection therewith.

Pursuant to Federal Rule of Civil Procedure 28(b)(1)(D), any Consul or Vice Consul of the United States at Tokyo, Japan is hereby commissioned to administer any necessary oath and allow the taking of testimony from the witnesses.

Listed below are the names of counsel who may participate in these depositions, together with other persons who may attend or assist with these depositions. The proceedings will be reported, videotaped, and/or interpreted by Planet Depos -- American Realtime Court Reporters.

For Complainant Broadcom Corporation:

- John M. Caracappa

- Boyd Cloern

- Matthew N. Bathon

- Brian Johnson

- Douglas R. Peterson

- David Kwasniewski

- Thomas Ycbernetsky

For Respondent Japan Radio Co., Ltd.:

- Paul Steadman

- Matthew Satchwell

- Ferlillia V. Roberson

- Shuzo Maruyama

For Planet Depos – American Realtime Court Reporters:

- Lisa Feissner
- Leslie Anne Todd
- Renee Michele Kelch
- Lisa Ann Knight
- Susan Dena Wasilewski
- Gisell Marsha Mitchell
- Anne Marie Torreano
- Charlotte Lacey
- Jason Thomas Meadors III
- Thomas Kinsey Feissner
- Ralna Ramse
- Luis Alejandro Lopez
- Kevin Wayne Cranford, Jr.
- Anthony James Vorndran
- Debby Elaine Cavazos
- Nathan James LeMaster
- Christie Jeon
- Joseph Donahoe

Please cause the testimony of said witnesses to be recorded by video and reduced to writing; the depositions to be signed by said witnesses; said deposition testimony to be annexed to your commission and close the same under your seal; and these materials to be returned to this court with all convenient speed.

WITNESS, the Honorable _____, United States Judge of the United

States District Court, District of Columbia, this _____ day of _____, 2018.


Date: _____, 2018                    _____
                                           United States Judge
                                           United States District Court
                                           District of Columbia
                                           333 Constitution Avenue, NW
                                           Washington, DC 20001
                                           United States of America


I hereby certify that the signature above is that of the Honorable_____,
United States Judge of the United States District Court of the District of Columbia.

_____      Clerk of the Court

                                 By: _____
Deputy Clerk:

4